IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PEGGY ANGLE | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:11cv352 |
| | § | |
| MORTGAGE ELECTRONIC | § | |
| REGISTRATION SYSTEMS, INC., et al. | § | |
|     Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On September 19, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the non-diverse defendant, Barrett Burke Wilson Castle Daffin & Frappier L.L.P, was fraudulently joined and that Plaintiff's Motion to Remand (Dkt. 8) be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, the court finds that the non-diverse defendant, Barrett Burke Wilson Castle Daffin & Frappier L.L.P, was fraudulently joined and Plaintiff's Motion to Remand (Dkt. 8) is DENIED.

**IT IS SO ORDERED.**

**SIGNED this the 30th day of March, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE